```
 1  ELIZABETH M. BARROS
     California State Bar No. 227629
 2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
     225 Broadway, Suite 900
 3  San Diego, CA 92101-5008
     (619) 234-8467/Fax: (619) 687-2666
 4  E-Mail: elizabeth_barros@fd.org

 5  Attorneys for Ignacio Dominguez-Felix

 6

 7

 8                    UNITED STATES DISTRICT COURT

 9                   SOUTHERN DISTRICT OF CALIFORNIA

10                     (HONORABLE PETER C. LEWIS)

11  UNITED STATES OF AMERICA,        )   Case No. 08MJ8412
                                     )
12          Plaintiff,                )
                                     )
13  v.                                )   CERTIFICATE OF SERVICE
                                     )
14  IGNACIO DOMINGUEZ-FELIX,         )
                                     )
15          Defendant.                )
    _____  )
16

17       Counsel for Defendant certifies that a copy of the foregoing document has been served this day upon:

18                         U.S. Attorney CR
                        Efile.dkt.gc2@usdoj.gov
19

20                              Respectfully submitted,

21

22  DATED:    May 15, 2008           /s/ Elizabeth M. Barros
                                     ELIZABETH M. BARROS
23                                   Federal Defenders of San Diego, Inc.
                                     Attorneys for Ignacio Dominguez-Felix
24

25

26

27

28
```